

**FILED**

SEP 15 2010

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

<u>UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND</u>

DEBTOR: _____GIBB, CHERYLE F._____

CASE NO.: _____08-00326_____

PLEASE CHECK ONE:

_____ UNCLAIMED DIVIDENDS

__X__ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 1 | $1.85 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle Washington   98111-9221 | 6 | $ .84 |

_____INTEREST EARNED
SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

                                    $_____

                        TOTAL:      $____2.69_____

DATE: __9/9/10__          _____[signature]_____, Trustee
                              TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE          RECEIPT # __21257__

                                    FEE AMT __2.69__ INT __ØØ__

B10 (Official Form 10) (12/07)

Case 08-00326    Doc 48    Filed 09/15/10    Entered 09/15/10 11:12:00    Desc Main
Case 08-00326    Claim 1-1    Filed 08/18/08    Desc Main Document    Page 1 of 3

# UNITED STATES BANKRUPTCY COURT DISTRICT OF ALASKA    PROOF OF CLAIM

| Name of Debtor: Gibb;Cheryle | Case Number: 0800326 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): PYOD LLC its successors and assigns as assignee of Citibank | [ ] Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: **Resurgent Capital Services** PO Box 10587 Greenville, SC 29603-0587 Telephone Number: (864) 235-7336 | Court Claim Number: *(If known)* Filed on: |
| Name and address where payment should be sent (if different from above): Telephone number: | [ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. [ ] Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**     $172.88

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

[X] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** UNSECURED CHARGE OFF

**3. Last four digits of any number by which creditor identifies debtor:** 3443

  3a. Debtor may have scheduled account as:

**4. Secured Claim**
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** [ ] Real Estate     [ ] Motor Vehicle     [ ] Other
**Describe:**

**Value of Property:** $     **Annual Interest Rate**     %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $    **Basis for perfection**

**Amount of Secured Claim:**     **Amount Unsecured:**

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount**

Specify the priority of the claim.

[ ] Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

[ ] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

[ ] Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

[ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

[ ] Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

[ ] Other – Specify applicable paragraph of 11 U.S.C. §507(a)(_).

**Amount entitled to priority:**

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 08/18/2008 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Joyce Montjoy* Joyce Montjoy, Bankruptcy Recovery Manager of Resurgent Capital Services | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10)(12/07)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF ALASKA AT JUNEAU | PROOF OF CLAIM |

Name of Debtor: **CHERYLE F. GIBB**

Case Number: 08-00326
Ch 7

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Roundup Funding, LLC**

[ ] Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221**

Telephone number: (866) 670-2361

Court Claim Number:_____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

[ ] Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**     $78.46

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Services Performed
    (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** XXXXXXXX9255

**3a. Debtor may have scheduled account as:** ATT Mobility LLC
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**    [ ] Real Estate    [ ] Motor Vehicle    [ ] Other
**Describe:**

**Value of Property:** $_____    **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $_____    **Basis for perfection:** _____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: **SEE ATTACHMENT(S)**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

[ ] Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

[ ] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

[ ] Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

[ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

[ ] Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

[ ] Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 9/11/2008

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ *[signature]*
STEVEN G. KANE
Authorized Agent for Roundup Funding, LLC
E-MAIL: BLINE.CHAPTER13@BLINELLC.COM

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.